IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| VINCENT E. EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of Hon. B. Waugh Crigler recommending that I grant, in part, Plaintiff's Motion for Summary Judgment [ECF No. 14], deny the Commissioner's Motion for Summary Judgment [ECF No. 16], and remand the case to the Commissioner for further proceedings. This *Report* was filed on September 30, 2013, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **GRANTED in part and DENIED in part**, the Commissioner's Motion for Summary Judgment is **DENIED**, and the case is **REMANDED** to the Commissioner for further proceedings. The clerk is directed to **REMOVE** this case from the Court's docket.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Crigler.

Entered this 21st day of October, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE